In the Matter of the Estate of WILLIAM SALZER, Deceased. HELEN A. MAYCRINK, Appellant; BENJAMIN SALZER, as Executor of WILLIAM SALZER, Deceased, Respondent.

Reported below, 264 App. Div. 846.
Submitted November 23, 1942; decided December 10, 1942.

*Jacob Rappaport* for motion.

*Emanuel Schwartz* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.